UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILYANA KHANLAROVA,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY SUPERIOR COURT, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-01115-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's Motion for Emergency Injunctive Relief ("TRO"), Dkt. # 2, and Motion for Same Day Emergency Oral Argument/Hearing with a Judge, Dkt. # 5.

The Court DENIES Plaintiffs' Motion for Emergency Injunctive Relief. Dkt. # 2. The Court further STRIKES as moot Plaintiff's Motion for Same Day Emergency Oral Argument/Hearing with a Judge. Dkt. # 5. Assuming the truth of Plaintiff's allegations, the Court sympathizes with her. The Court will issue an Order next week explaining the basis for this ruling.

…

ORDER - 1

Dated this 26th day of July, 2024.

John H. Chun
United States District Judge

ORDER - 2