UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ILYANA KHANLAROVA, | NO. 2:24-cv-01115-JHC |
| Plaintiff, | |
| v. | ORDER |
| KING COUNTY SUPERIOR COURT, JUDGE TAKI FLEVARIS, RONDA BLIEY, | |
| Defendants. | |

THIS MATTER comes before the Court on Defendants' Motion to Stay Discovery and Extend Discovery Deadlines. Dkt. # 13. The Court has considered the materials filed in support of the motion, the rest of the case file, and the governing law. Plaintiff did not file an opposition to the motion. *See* LCR 7(b)(2) (lack of opposition "may be considered by the court as an admission that the motion has merit"). Being fully advised, for the reasons argued by Defendants, the Court GRANTS the motion. The Court STAYS discovery pending resolution of Defendants' motion to dismiss at Dkt. # 11.

ORDER (2:24-cv-01115-JHC) - 1

1  DATED this 11th day of October, 2024.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER (2:24-cv-01115-JHC) - 2