UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ILYANA KHANLAROVA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KING COUNTY SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01115-JHC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

　　　　THIS MATTER comes before the Court on Defendants' Motion to Dismiss. Dkt. # 11. The Court has reviewed the materials filed in support of the motion, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

　　　　Plaintiff brings this suit against King County Superior Court, a judge of that court, and a member of that court's staff. Defendants move to dismiss. "[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). The Court considers Plaintiff's failure to oppose the motion as such an admission. Indeed, the motion appears to have merit. And there appears to be no reasonable basis for concluding that amendment could cure the complaint. Accordingly, the Court GRANTS the motion and DISMISSES this action with prejudice.

ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS (2:24-cv-01115-JHC) - 1

1 | DATED this 28th day of October, 2024.

*(signature)*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS (2:24-cv-01115-JHC) - 2